PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-309-NODJ-BAM-2 |
| Plaintiff, | ORDER TO DISMISS CASE |
| v. | |
| BRYAN STEVEN REYES, | |
| Defendants. | |

Pursuant to the Government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the Government's motion and gives the Government leave to dismiss the indictment in this matter without prejudice as against defendant Bryan Steven Reyes.

Date: November 21, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1